IN OPEN COURT
SEP 16 2026
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

**SUPIN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA**

Alexandira Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER R. HALTOM,<br><br>Defendant. | Case No. 1:26-CR-155<br><br>Count One: 18 U.S.C. § 875(c)<br>(Threats over Interstate Commerce) |

**INFORMATION**

**Count One**
(Threats Over Interstate Commerce)

THE UNITED STATES CHARGES THAT:

On or about March 20, 2025, in the Eastern District of Virginia and elsewhere, the defendant, CHRISTOPHER R. HALTOM, knowingly and willfully did transmit in interstate and foreign commerce, one or more communications via cellular phone, and said communications contained threats to injure a person in the Eastern District of Virginia, Victim-1, specifically a threat to drive to Victim-1's house to kill Victim-1.

(In violation of Title 18, United States Code, Section 875(c).)

Todd W. Blanche
Acting Attorney General

Theophani K. Stamos
First Assistant United States Attorney

By: /s/
Amber N. Rieff
April N. Russo
Assistant United States Attorneys
United States Attorney's Office
Eastern District of Virginia